## GROVE *v.* GROVE ET AL.

[No. 12,829. Filed January 11, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Lizzie B. Grove and Arch Grove and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Campbell & Emmons* and *Orbison, Zechiel & Orbison*, for appellant.

*James L. Murray*, for appellees.

REMY, J.—Affirmed, on authority of *American Hominy Co.* v. *Davis* (1920), 74 Ind. App. 622, 126 N. E. 703.